ORIGINAL

LODGED  JAN 09 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 17 2006
at 1 o'clock and 0 min __M
SUE BEITIA, CLERK

LYNN T. HAMILTON
240 North Center Street
Mesa, Arizona 85201
(480) 644-0093
(480) 644-0095 fax
State Bar I.D. #004047

Attorney for Appellant

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CA No. 05-10416 |
| Plaintiff-Appellee, | CR 03-00555-HG |
| v. | **MOTION TO UNSEAL PRESENTENCE REPORT AND SENTENCING RECOMMENDATIONS FOR THE PURPOSE OF APPEAL** |
| SUGALU GALU, | |
| Defendant-Appellant | (Honorable Helen Gillmor) |

COMES NOW appellate CJA counsel and moves to unseal the Presentence Report and Sentencing Recommendations, Docket Items 46, 47, 48 and 49, for the purposes of appeal. Counsel undersigned believes these documents must be considered as a basis for possible appellate issues.

On January 3, 2006, counsel undersigned conferred with Assistant U.S. Attorney Edric Ching who indicated he had no objection.

Mr. Galu remains in the custody of the Federal Bureau of Prisons.

RESPECTFULLY SUBMITTED this 5 day of January 2006.

HAMILTON LAW OFFICE

/s/ Lynn T. Hamilton
Attorney for Appellant

1 | COPY of the foregoing mailed this _5_ day of January, 2006, to:
2 |
3 | Edric M Ching, Esq.
  | Assistant U.S. Attorney
4 | 999 Bishop Street Floor 23
  | Honolulu, HI 96813
5 |
  | Honorable Helen Gillmor
6 | U.S. District Court – Hawaii
  | 300 Ala Moana Blvd., Rm. C338
7 | Honolulu, HI  96850
8 | _____

**LYNN T. HAMILTON**
240 North Center Street
Mesa, Arizona 85201
(480) 644-0093
(480) 644-0095 fax
State Bar I.D. #004047

Attorney for Appellant

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | CA No. 05-10416 |
| ) | CR 03-00555-HG |
| Plaintiff-Appellee,       ) | |
| ) | **ORDER** |
| v.       ) | |
| ) | |
| SUGALU GALU,       ) | |
| ) | |
| Defendant-Appellant       ) | |

For good cause appearing, IT IS ORDERED unsealing Docket Items 46, 47, 48 and 49 for the purposes of appeal. The Clerk of Court is authorized to transmit copes of 46, 47, 48 and 49 to CJA appellate counsel Ms. Hamilton.

DONE IN OPEN COURT: 1·13·06

_____
Judge Helen Gillmor