# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

January 24, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | Crim. No. 03-00555 HG |
| CASE NAME: | United States v. Sugalu Galu |
| ATTYS FOR PLA: | AUSA Edric Ching |
| ATTYS FOR DEFT: | Lynn T. Hamilton |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | January 24, 2006 | TIME: | |

COURT ACTION:            **MINUTE ORDER**

    Defendant's MOTION TO UNSEAL PRESENTENCE REPORT AND SENTENCING RECOMMENDATIONS FOR THE PURPOSE OF APPEAL and ORDER ("the Order") was filed on January 17, 2006.

    The Order is HEREBY AMENDED.  The Court's intention is to allow defense counsel access to the Presentence Investigation Report docketed as item no. 46 for the limited purpose of appeal. Defendant's motion to unseal and allow defense counsel access to the confidential recommendations (Docket Nos. 47, 48 and 49) is DENIED.

    IT IS SO ORDERED.

    Submitted by: David H. Hisashima, Courtroom Manager

cc:  Above counsel
     Teresa Longboy-Healy, U.S. Probation Officer
     Judge Helen Gillmor's chambers