# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: August 29, 2006

To: United States Court of Appeals    Attn: (✓)    Civil
      For the Ninth Circuit
      Office of the Clerk                ( )    Criminal
      95 Seventh Street
      San Francisco, California 94103    ( )    Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:  CR 03-00555HG        Appeal No:  05-10416

Short Title:  USA vs. Galu

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 10 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____    Date: _____

cc: counsel