# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: August 29, 2006

To:   Judge Diarmuid F. O'Sacannlain
      Pioneer Courthouse
      700 SW 6th Avenue, Suite 313
      Portland, OR  97204-1396

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

| | | | |
|---|---|---|---|
| DC No: | CR 03-00555HG | Appeal No: | 05-10416 |
| Short Title: | USA vs. Galu | | |

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | 10 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____   Date: 8/31/06

RECEIVED
CLERK, DISTRICT COURT
SEP - 5 2006
DISTRICT OF HAWAII