INTERNAL USE ONLY: Proceedings include all events.
05-10416 USA v. Galu

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Edric Ching, Esq.<br>FAX<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| SUGALU GALU<br>    Defendant - Appellant | Lynn T. Hamilton, Esq.<br>FAX 480/644-0095<br>480/545-5511<br>[COR LD NTC cja]<br>HAMILTON LAW OFFICE, PC<br>240 N. Center St.<br>Mesa, AZ 85201 |